1

2

3

4

5                          **UNITED STATES DISTRICT COURT**

6                              **DISTRICT OF NEVADA**

7   ELLA CHOY,                          )
                                         )          Case No. 2:11-cv-01780-GMN-PAL
8                         Plaintiff,     )
                                         )          <u>**REPORT OF FINDINGS AND**</u>
9   vs.                                  )          <u>**RECOMMENDATION**</u>
                                         )
10  WYNN RESORTS LAS VEGAS,              )                (IFP App - Dkt. #1)
                                         )
11                        Defendant.     )
    _____)
12

13          Plaintiff Ella Choy ("Plaintiff") is proceeding in this action *pro se*.  Plaintiff has requested

14  authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis* and submitted a complaint on

15  November 4, 2011.  This proceeding was referred to this court by Local Rule IB 1-9.

16          Pursuant to 28 U.S.C. § 1914(a), a filing fee of $350.00 is required to commence a civil action

17  in federal district court.  The court may authorize the commencement of an action without prepayment

18  of fees and costs or security by a person who makes affidavit that he is unable to pay such costs or give

19  security.  *See* 28 U.S.C. § 1915(a).

20          Plaintiff has submitted the affidavit required by § 1915(a).  Although Plaintiff has not provided

21  the court with information about the unemployment she receives from Social Security in Question 3,

22  she states that she has $15,000.00 in a checking or savings account.  The court finds that Plaintiff has

23  sufficient income and assets to pre-pay the costs and fees of this action, and Plaintiff is ineligible to

24  proceed *in forma pauperis.*

25          Accordingly,

26          **IT IS RECOMMENDED** that Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1)

27  be **DENIED**, that Plaintiff be required to pay the filing fee of $350.00, and that failure to do so within

28  the time set by the district judge should result in dismissal of this action.

1      **IT IS FURTHER RECOMMENDED** that the Clerk of the Court should retain the complaint.

2                                            **NOTICE**

3           These findings and recommendations are submitted to the United States District Judge assigned

4    to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen days after being

5    served with these findings and recommendations, any party may file written objections with the court.

6    Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and

7    recommendations of a magistrate judge shall file and serve *specific written objections* together with

8    points and authorities in support of those objections, within fourteen days of the date of service of the

9    findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's

10   Findings and Recommendations."  The parties are advised that failure to file objections within the

11   specified time may waive the right to appeal the District Court's Order.  *Martinez v. Ylst*, 951 F.2d 1153

12   (9th Cir. 1991).  The points and authorities filed in support of the specific written objections are subject

13   to the page limitations found in LR 7-4.

14          Dated this 16th day of November, 2011.

15

16

17   PEGGY A. LEEN
18   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

                                                  2