# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ELLA CHOY, | ) | Case No.: 2:11-cv-1780-GMN-PAL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| WYNN RESORTS LAS VEGAS; RICK SORANI; JOSEPH YOUNG, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

Before the Court is Plaintiff Ella Choy's Motion for Leave to Proceed *in forma pauperis* (ECF No. 1), filed on November 4, 2011.  On November 17, 2011, the Honorable Peggy A. Leen, United States Magistrate Judge, entered a Report of Findings and Recommendation (ECF No. 5) recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* be denied and that Plaintiff be required to pay the filing fee of $350.00. Plaintiff filed an objection on December 2, 2011 (ECF No. 6).

Also before the Court is Plaintiff's Motion for Appointment of Counsel (ECF No. 8) filed on May 3, 2011.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4 and determines that Magistrate Judge Leen's Report of Findings and Recommendation should be ACCEPTED.

Plaintiff's Motion for Appointment of Counsel (ECF No. 8) does not contain any points and authorities, and thus shall be denied pursuant to Local Rule 7-2(d).[1]

**IT IS THEREFORE ORDERED** that Magistrate Judge Leen's Report of Findings

---

[1] "The failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion." Local Rule 7-2(d).

and Recommendation (ECF No. 5) is **ACCEPTED** and Plaintiff's Motion for Leave to Proceed *in forma pauperis* is **DENIED**.

Plaintiff is required to pay the filing fee of $350.00 in order for the case to proceed. Failure to pay the filing fee **by July 18, 2012**, will result in the **dismissal of the case**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Appointment of Counsel (ECF No. 8) is hereby **DENIED**.

**DATED** this 25th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge