UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ELLA CHOY, | ) | Case No.: 2:11-cv-1780-GMN-PAL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| WYNN RESORTS LAS VEGAS; RICK SORANI; JOSEPH YOUNG | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is Plaintiff Ella Choy's Motion to Extend Time to Pay the Filing Fee (ECF No. 10). The Court does not find good cause to extend the time to pay the filing fee.

The filing fee was due on July 18, 2012. This Court Ordered that failure to pay the filing fee by July 18, 2012, would result in dismissal of the case. Therefore the Court dismisses this case without prejudice. Plaintiff is free to file a new case.

**IT IS HEREBY ORDERED** that Plaintiff Ella Choy's Motion to Extend Time to Pay the Filing fee (ECF No. 10) is **DENIED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED without prejudice**. The Clerk of the Court is directed to close this case.

**DATED** this 16th day of August, 2012.

_____
Gloria M. Navarro
United States District Judge